UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MARIE SEARLES, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:25-cv-00507-JCN |
| | ) | |
| TROOPER HUNTER BELANGER | ) | |
| And TROOPER AARON TURCOTTE | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING SETTLEMENT CONFERENCE**

It is hereby ORDERED that this matter be set for a settlement conference to be held before U.S. Magistrate Judge Karen Frink Wolf at the U.S. District Courthouse, 156 Federal St., Portland, Maine, on October 1, 2026, commencing at 9:00 a.m.

It is FURTHER ORDERED that counsel appear with their clients and insurance representatives at such time and place fully authorized to accomplish settlement of the case and prepared to engage in effective settlement negotiations.

The parties shall each submit to Judge Wolf, **on or before September 24, 2026,** an in camera statement, no more than five pages in length, setting forth their respective settlement positions concerning all issues involved in the case, setting forth a detailed articulation of the rationale for such position. The parties shall also submit as part of the in camera statement a realistic estimate of anticipated attorneys

fees and costs in the event of trial to final judgment. **The statements are not to be provided to the opposing side and shall be sent directly to the Judge's chambers and not electronically filed with the Clerk. The statements should be sent via email to MaineECFIntake@med.uscourts.gov.**

/s/ Karen Frink Wolf
U.S. Magistrate Judge

Dated this 18th day of August, 2026.