**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| MARIE SEARLES,<br><br>Plaintiff,<br><br>v.<br><br>TROOPER HUNTER BELANGER, in his individual capacity<br><br>and<br><br>TROOPER AARON TURCOTTE, in his individual capacity,<br><br>Defendants. | ) | Civil Action No. 1:25-cv-00507-JCN |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims brought by Plaintiff Marie Searles in this action are hereby dismissed with prejudice and without fees or costs to any party.

DATED: October 28, 2026

/s/ Matthew D. Morgan

MATTHEW D. MORGAN, ESQ.
Bar Number: 5044
McKee Morgan, LLC, P.A.
133 State Street
Augusta, Maine 04330
(207) 620-8294
mmorgan@mckeemorgan.com
Counsel for Plaintiff

DATED: October 28, 2026

/s/ William D. Hagedorn

WILLIAM D. HAGEDORN
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8830
william.d.hagedorn@maine.gov
Counsel for Defendant Belanger and Defendant Turcotte

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED: October 28, 2026

/s/ Matthew D. Morgan

MATTHEW D. MORGAN, ESQ.
Bar Number: 5044
McKee Morgan, LLC, P.A.
133 State Street
Augusta, Maine 04330
(207) 620-8294
mmorgan@mckeemorgan.com
Counsel for Plaintiff